IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DONALD F. HAGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) Civil Action No. 1:13-CV-132-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Plaintiff filed objections as to the fifth step of the 5-step sequential analysis used by the Commissioner. *Audler v. Astrue*, 501 F.3d 446, 447-48 (5th Cir. 2007). For the reasons stated in the Magistrate Judge's well-drafted Report and Recommendation, this Court overrules Plaintiff's objections and adopts the findings and conclusions in the Report and Recommendation.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and the above-styled and -numbered cause is hereby **DISMISSED WITH PREJUDICE**.

Dated this 20 day of February, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE